UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV10-01691 LJO DLB |
| Plaintiff, | **ORDER POSTPONING SETTLEMENT CONFERENCE** |
| v. | |
| JOSE WALLE and SANDRA MIREYA WALLE, individually and dba PIZZA & FUN, | |
| Defendants. | |

Having reviewed the Stipulation Postponing Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Settlement Conference is scheduled for June 21, 2011, at 10:00 a.m.

At least five (5) days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

IT IS SO ORDERED.

Dated:   **March 15, 2011**              /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE

27C80CB3.doc                                                   **ORDER POSTPONING SETTLEMENT CONF.**
                                                                **CASE NO. CV10-01691 LJO DLB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW