UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO.  CV10-01691 LJO DLB |
| Plaintiff, | **[PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE** |
| v. | |
| JOSE WALLE and SANDRA MIREYA WALLE, individually and dba PIZZA & FUN, | |
| Defendants. | |

Having reviewed the Stipulation Postponing Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Settlement Conference now scheduled for June 21, 2011 at 10:00 a.m. is continued to September 28, 2011, at 10:00 a.m.

At least five (5) days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

IT IS SO ORDERED.

Dated:  **June 15, 2011**          /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE

E8844620.doc                              **ORDER POSTPONING SETTLEMENT CONF.**
                                          **CASE NO. CV10-01691 LJO DLB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW