UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:10-cv-01691 LJO DLB |
| Plaintiff, | **ORDER POSTPONING SETTLEMENT CONFERENCE** |
| v. | |
| JOSE WALLE and SANDRA MIREYA WALLE, individually and dba PIZZA & FUN, | |
| Defendants. | |

Having reviewed the Stipulation Postponing Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the Settlement Conference is continued from December 19, 2011, to February 8, 2012, at 10:00 a.m.

At least seven (7) days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

IT IS SO ORDERED.

Dated:  **December 7, 2011**           /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE