UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>JOSE WALLE and SANDRA MIREYA WALLE, individually and dba PIZZA & FUN,<br><br>    Defendants. | CASE NO.  CV10-01691 LJO DLB<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

  Having reviewed the Stipulation Continuing Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

  IT IS HEREBY ORDERED that the Settlement Conference is continued from February 8, 2012, to April 17, 2012, at 10:00 a.m.

  At least seven (7) days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

IT IS SO ORDERED.

  Dated:  **January 30, 2012**       /s/ *Dennis L. Beck*
                   UNITED STATES MAGISTRATE JUDGE

EB5BAAC1.doc                **ORDER CONTINUING SETTLEMENT CONF.**
**CASE NO. CV10-01691 LJO DLB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28