1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO.  CV10-01691 LJO DLB |
| Plaintiff, | **ORDER CONTINUING** |
| | **SETTLEMENT CONFERENCE** |
| v. | |
| JOSE WALLE and SANDRA MIREYA WALLE, individually and dba PIZZA & FUN, | |
| Defendants. | |

18

19          Having reviewed the Stipulation Continuing Settlement Conference of the parties herein,

20   and GOOD CAUSE APPEARING THEREFOR,

21          IT IS HEREBY ORDERED that the Settlement Conference is continued from February 8,

22   2012, to April 17, 2012, at 10:00 a.m.

23          At least seven (7) days prior to the Settlement Conference the parties shall submit, directly

24   to Judge Beck's chambers by e-mail, a Confidential Settlement Conference Statement.

25

26   IT IS SO ORDERED.

27      Dated:   **January 30, 2012**                    /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE
28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28