IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-1691 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 25.) |
| JOSE WALLE, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 2, 2012**           /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1